Núm. 8060.—PERELES, aplte. *v.* ONGAY GARAGE & RADIO Co., INC., aplda.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Mayo 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción de la demandada y apelada para que se desestime el recurso por no haber la demandante apelante radicado su alegato;

Por CUANTO, aparece de los autos que la parte demandante apelante solicitó y obtuvo de esta corte diez prórrogas de 30 días cada una del término para la radicación de su alegato; que la última de dichas prórrogas expiró el día 13 de octubre de 1940; y que hasta la fecha la apelante no ha radicado su alegato ni solicitado nuevo término para su radicación;

Por LO TANTO, de acuerdo con la regla número 42 del Reglamento de este Tribunal se desestima por abandono el recurso.

El Juez Asociado Sr. Todd, Jr., no intervino.